## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In Re:   ANTONIO GONZALEZ | § § § § § § § | Case No.: 10-08342 |
|            ROSETTA M GONZALEZ |  |  |
|            Debtor(s) |  |  |

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)    The case was filed on 02/27/2010.

2)    This case was confirmed on 04/22/2010.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/22/2010.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on 09/13/2011.

5)    The case was converted on 10/14/2011.

6)    Number of months from filing to the last payment:  16

7)    Number of months case was pending:  21

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $     6,815.00

10)   Amount of unsecured claims discharged without payment $       .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 6,194.20 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 6,194.20 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,349.97 |
| Court Costs | $ .00 |
| Trustee  Expenses and Compensation | $ 388.68 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,738.65 |
| Attorney fees paid and disclosed by debtor | $ 475.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO FINANCIA | SECURED | 4,585.00 | 4,497.27 | 4,497.27 | 4,376.06 | 79.49 |
| FORD MOTOR CREDIT | SECURED | 18,155.00 | 21,146.01 | .00 | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 3,796.00 | .00 | .00 | .00 | .00 |
| ASSOC AREA COUNSEL | PRIORITY | .00 | NA | NA | .00 | .00 |
| D PATRICK MULLARKEY | PRIORITY | 1,200.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | .00 | .00 | .00 | .00 | .00 |
| US ATTORNEYS OFFICE | PRIORITY | .00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 1,190.16 | 1,943.29 | 1,943.29 | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 3,867.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 2,914.00 | 2,775.92 | 2,775.92 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 802.73 | 970.58 | 970.58 | .00 | .00 |
| ARLINGTON HTS CHIROP | UNSECURED | 264.00 | NA | NA | .00 | .00 |
| BEST PRACTICES OF NO | UNSECURED | 83.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 3,463.00 | 3,538.40 | 3,538.40 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 897.00 | 947.45 | 947.45 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 854.00 | 945.74 | 945.74 | .00 | .00 |
| CARDINAL FITNESS | UNSECURED | 34.95 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| DANIEL YAMSHON D O | UNSECURED | 162.00 | NA | NA | .00 | .00 |
| DANIEL YAMSHON D O | UNSECURED | 128.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 569.00 | 606.70 | 606.70 | .00 | .00 |
| AT & T | UNSECURED | 122.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,100.00 | 1,243.00 | 1,243.00 | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DIVERSIFIED EMERGENC | UNSECURED | 993.00 | NA | NA | .00 | .00 |
| DR DOLLY THOMAS | UNSECURED | 687.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,144.00 | 1,221.01 | 1,221.01 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 616.00 | 728.76 | 728.76 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,852.00 | 2,901.17 | 2,901.17 | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 1,867.00 | 1,837.78 | 1,837.78 | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 801.00 | 631.53 | 631.53 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 1,644.00 | 1,730.32 | 1,730.32 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 619.00 | 642.46 | 642.46 | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 558.00 | 578.00 | 578.00 | .00 | .00 |
| ST ELIZABETH HOSPITA | UNSECURED | 259.60 | NA | NA | .00 | .00 |
| ST ELIZABETH HOSPITA | UNSECURED | 707.42 | NA | NA | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | 63.07 | NA | NA | .00 | .00 |
| CHICAGO IMAGING ASSO | UNSECURED | 53.00 | NA | NA | .00 | .00 |
| ST ELIZABETH HOSPITA | OTHER | .00 | NA | NA | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ISAC | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE IMAGING PROF | UNSECURED | 67.65 | NA | NA | .00 | .00 |
| LANE BRYANT RETAIL | UNSECURED | 485.00 | NA | NA | .00 | .00 |
| ILLINOIS MEDICAL CEN | UNSECURED | 1,824.31 | NA | NA | .00 | .00 |
| NATIONWIDE LOAN | UNSECURED | 2,258.00 | 1,903.43 | 1,903.43 | .00 | .00 |
| ARLINGTON HTS CHIROP | OTHER | .00 | NA | NA | .00 | .00 |
| NORTHWEST COMMUNITY | UNSECURED | 363.58 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 215.00 | 96.29 | 96.29 | .00 | .00 |
| PREM PAHWA MD | UNSECURED | 74.80 | NA | NA | .00 | .00 |
| SWEDISH COVENANT HOS | UNSECURED | 136.33 | NA | NA | .00 | .00 |
| ATI PHYSICAL THERAPY | UNSECURED | 294.80 | NA | NA | .00 | .00 |
| ST ELIZABETH HOSPITA | OTHER | .00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 4,416.00 | 4,446.77 | 4,446.77 | .00 | .00 |
| DIVERSIFIED EMERGENC | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | .00 | .00 | .00 | .00 |
| JEFFERSON CAPITAL SY | OTHER | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 4,497.27 | 4,376.06 | 79.49 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,497.27 | 4,376.06 | 79.49 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 29,688.60 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 1,738.65 |
| Disbursements to Creditors | $ | 4,455.55 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 6,194.20 |

    12)    The trustee certifies that the foregoing summary is true  and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:    11/15/2011          /s/ Tom  Vaughn_____
                              Tom  Vaughn,  Chapter  13  Trustee


**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.



**UST Form 101-13-FR-S(9/01/2009)**